UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:14cv22877-CIV-LENARD/GOODMAN

INTERNATIONAL VAPOR GROUP, INC.
and NICOLAS MOLINA

      Plaintiff,

v.

ALLAN ROTHSTEIN.

      Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Defendant hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement in accordance with the Court's August 11, 2014 Order [DE 3] and F.R.C.P. 7.1 and states as follows:

In addition to the named parties, undersigned counsel for Defendant states that the following persons, associated persons, firms, partnerships, and/or corporations may have a financial interest in the outcome of this case:

1. **Persons:**
   Nicolas Molina,
   David Herrera
   David Epstein.

   *The IVG Shareholders disclosed by Plaintiffs' Certificate [DE 8]

1

2. **Any and all corporations, firms etc..:**

The corporations, subsidiaries and affiliates identified by Plaintiffs' Certificate [DE 8]

VAPOR CORP.
IVGI Acquisitions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on August 25, 2014, with the Clerk of Court using CM/ECF and served via CM/ECF to all counsel of record.

By: /s/ Celeste B. Marcks

## SERVICE LIST

Harley S. Tropin, Esq.
Thomas A. Tucker Ronzetti, Esq.
Chauncey D. Cole IV, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
Telephone:  305-372-1800
Facsimile:  305-372-3508

*Attorneys for Plaintiffs*

Respectfully submitted,
By: /s/ Celeste B. Marcks
Celeste B. Marcks (Florida Bar No. 80586)
cmarcks@gspalaw.com
Robert C. Groelle (Florida Bar No. 829323)
rgroelle@gspalaw.com
GROELLE & SALMON, P.A.
Attorneys for Defendant
290 N.W. 165th Street
Suite M-500
Miami, FL  33169
Phone: (786) 629-3260
Fax: (786) 629-3261