UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22877-CIV-LENARD/GOODMAN

INTERNATIONAL VAPOR GROUP, INC., et al.

    Plaintiffs,

v.

ALLAN ROTHSTEIN.

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs International Vapor Group, Inc. and Nicolas Molina hereby voluntarily dismiss the above-captioned case, without prejudice.

Dated: September 2, 2014

    Respectfully submitted,

    KOZYAK TROPIN & THROCKMORTON, LLP
    Counsel for Plaintiffs
    2525 Ponce de Leon Blvd., 9th Floor
    Miami, Florida 33134
    Telephone: (305) 372-1800
    Facsimile: (305) 372-3508

    By: /s/ Chauncey D. Cole_____
    Harley S. Tropin, Esq.
    Florida Bar No. 241253
    hst@kttlaw.com
    Thomas A. Tucker Ronzetti, Esq.
    Florida Bar No. 965723
    tr@kttlaw.com
    Chauncey D. Cole IV, Esq.
    Florida Bar No. 102184
    cdc@kttlaw.com

## **CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a copy of the foregoing was filed with the Clerk of Court and sent via the Clerk's CM/ECF electronic filing system this 2nd day of September, 2014, to all counsel of record.

> By: /s/ Chauncey D. Cole
> Chauncey D. Cole

.